UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9353 MRW | Date | December 15, 2014 |
|---|---|---|---|
| Title | Cruz v. Citi Mortgage, Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: HEARING ON MOTIONS

This is a civil action removed from the state superior court. Plaintiff filed a motion to remand the action to state court. (Docket # 6.) That motion is noticed for hearing on January 14, 2015. Shortly after the motion was filed, Defendant filed motions to dismiss or strike portions of the complaint. (Docket # 10, 12.) Defendant set those motions for hearing on January 28.

For the convenience of the Court and the litigants – and to avoid holiday crunchtime deadlines – the Court vacates the January 14 hearing date. All of the parties' pleading-based motions will be heard on <u>January 28, 2015, at 9:30 a.m.</u> The parties will recalculate their response and optional reply filing dates from that hearing date in accordance with the Local Rules.