```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                           02/18/15

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY: SB                  DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO CRUZ AND MARIA ALONZO, | Case No.: 14-cv-09353-MRW |
| Plaintiffs, | **ORDER TO LIMIT DAMAGES AND REMAND TO STATE COURT** |
| v. | |
| CITIMORTGAGE, INC.; and DOES 1 to 10, inclusive, | |
| Defendant. | |

## ORDER

By stipulation of the parties and good cause appearing therefore, it is hereby ORDERED as follows:

**IT IS HEREBY ORDERED** that the Parties agreed that all damages in this case shall not exceed $74,999.00.

**IT IS FURTHER ORDERED** that the Parties agree to remand this case to state court.

**IT IS SO ORDERED.**

Dated this __18__ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1
ORDER TO LIMIT DAMAGES AND REMAND TO STATE COURT

1930359.1